# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHEM SALES AND MANAGEMENT, LLC, a California limited liability company, dba SEA BREEZE VACATION RENTALS; STEPHEN SPETH, an individual, and GRETCHEN SPETH, an individual, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> CITY OF SAN CLEMENTE AND CITY COUNCIL OF THE CITY OF SAN CLEMENTE, and DOES 1 through 10, inclusive, <br><br> Respondents/Defendants. <br><br> CALIFORNIA COASTAL COMMISSION, and DOES 11 through 50, inclusive, <br><br> Respondents and/or Real Parties in Interest. <br><br> CITY OF SAN CLEMENTE, <br><br> Counter-Claimant, <br><br> v. <br><br> ANTHEM SALES AND MANAGEMENT, LLC, a California limited liability company, dba SEA BREEZE VACATION RENTALS; STEPHEN SPETH, an individual, and GRETCHEN SPETH, an individual, <br><br> Counter-Defendants. | Case No. 8:18-cv-01359-CJC-JDE <br> Hon. Cormac J. Carney <br><br> Assigned For All Purposes To: <br> Judge Cormac J. Carney <br><br> **ORDER DISMISSING THE PETITION, COMPLAINT, AND COUNTERCLAIMS** |

{00137306.1}

The Court, having considered the parties' Stipulation Requesting an Order Dismissing the Petition, Complaint, and Counterclaims and good cause appearing therefor, hereby orders that:

1. The Verified Petition for Writ of Mandate and Complaint, filed on July 26, 2018 by Petitioners, Plaintiffs and Counter-Defendants Anthem Sales and Management, LLC, Stephen Speth, and Gretchen Speth in the Orange County Superior Court, shall be dismissed with prejudice;

2. The Counterclaims, filed on August 20, 2018 by Respondent, Defendant and Counter-Claimant City of San Clemente, shall be dismissed with prejudice;

3. This dismissal relates only to claims between the parties regarding real property commonly known as 250 La Rambla, in the City of San Clemente, California ("La Rambla Property") and in no way releases any claims, rights, disputes, or causes of action unrelated to the La Rambla Property; and

4. Neither party is deemed the prevailing party, and each party will bear their own costs or attorneys' fees.

**IT IS SO ORDERED**.

DATED: October 30, 2018

_____
The Hon. Cormac J. Carney
United States District Judge

{00137306.1}        1